## (January 29, 1937.)

EMMA A. COLE, Respondent, v. JOHN W. COLE, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.